ALBERT HEYE, Respondent, v. AMERICAN CHEMICAL EDUCTION COMPANY, Impleaded with HARRIETT A. SCHREITER and Another, as Executrices,

etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.